# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| NICOLETTE HANCOX, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:21-cv-02571-SHL-tmp |
| | ) | |
| | ) | |
| E. W. ATKINSON, JR., | ) | |
|     Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On June 21, 2022, Chief Magistrate Judge Tu M. Pham filed a Report and Recommendation ("Report I"), recommending that the Court grant Defendant E.W. Atkinson, Jr.'s Motion to Vacate or Set Aside Entry of Default.  (ECF No. 28.)  Because this Report did not expressly address Plaintiff Nicolette Hancox's pending Motion for Default Judgment, (ECF No. 13), the Magistrate Judge filed a second Report and Recommendation ("Report II") on July 18, 2022, proposing that, if the Court adopted Report I, then Plaintiff's Motion should necessarily be denied.  (ECF No. 30.)  Plaintiff has not objected to either Report, and the time to do so has expired.

On July 19, 2022, the Court adopted Report I, finding no clear error committed by the Magistrate Judge.  (ECF No. 31.)  Thus, consistent with this adoption, the Court also **ADOPTS** Report II.  Plaintiff's Motion is therefore **DENIED**.

**IT IS SO ORDERED,** this 9th day of August, 2022.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE